# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3109

_____

Michael S. Griffis,

        Appellant,

    v.

James Blackmon, Dr., Cummins Unit,
ADC; R. Griffin, Infirmary Manager
Cummins Unit, ADC; J. Davis, L.P.N.,
Cummins Unit, ADC; Kelly Mosley,
R.N., Cummins Unit, ADC; Austin,
Ms., R.N., Cummins, Unit, ADC,

        Appellees.

Appeal from the United States
District Court for the
Eastern District of Arkansas.

[UNPUBLISHED]

_____

Submitted: July 28, 2009
Filed: July 29, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Michael Griffis appeals from the district court's[1] dismissal without prejudice of his 42 U.S.C. § 1983 complaint. Upon careful review, we conclude that dismissal was proper. Accordingly, we affirm. _See_ 8th Cir. R. 47B.

_____

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.